

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
T. (718) 263-9591 | F. (718) 263-9598

October 7, 2024

To (via ECF):
Honorable Kenneth M. Karas, U.S.M.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

                Re:    Sanchez et al v. Cosan Construction Corp. et al
                      Docket No.: 7:22-cv-08420-KMK

Dear Judge Karas:

      Our office represents Plaintiffs in the above-referenced FLSA matter, and we submit this letter to respectfully request an extension of the current October 7, 2024 deadline to submit the motion for settlement approval in this matter.

      The parties have finalized the settlement agreement in this matter. Today, Defendants exchanged the partially executed agreement. However, Plaintiffs are unable to execute the agreement prior to today's deadline. In light of this, Plaintiffs respectfully request an additional week, or by October 14, 2024, to file a motion for settlement approval. Counsel for Defendants has consented to this request.

      We thank the Court for its kind consideration in this matter and remain available to provide any additional information.

Granted.

So Ordered.
10/8/24

Respectfully submitted,

*Katelyn Schillaci*

Katelyn Schillaci, Esq.

CC (via ECF):
**Jason Robert Finkelstein**
Cole Schotz P.C.
1325 Avenue of the Americas
New York, NY 10019
212-752-8000
Fax: 212-752-8393
Email: jfinkelstein@coleschotz.com

**Brian L. Gardner**
Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019
212-752-8000
Fax: 212-752-8393
Email: bgardner@coleschotz.com