

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
T. (718) 263-9591 | F. (718) 263-9598

June 24, 2025

Via ECF:
Honorable Kenneth M. Karas, U.S.M.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

        Re:   *Sanchez et al v. Cosan Construction Corp. et al*
              Docket No.: 7:22-cv-08420-KMK

Dear Judge Karas:

      Our office represents Plaintiffs in the above-referenced FLSA matter, and we submit this letter to respectfully request an extension of the time to file a Stipulation of Dismissal without prejudice regarding the two non-settling Plaintiffs Norberto Garcia Lucio and Angel Marcelino Dionicio. Our office prepared the Stipulation and has been in contact with counsel for Defendants since our office received a phone call from Your Honor's Chambers regarding the Stipulation on May 7, 2025. In light of this, Plaintiffs respectfully request one (1) week, or by July 1, 2024, to file the Stipulation.

      We thank the Court for its kind consideration in this matter and remain available to provide any additional information.

                                          Respectfully submitted,

                                          */s/KatelynSchillaci*
                                          Katelyn Schillaci, Esq.

CC (via ECF):
**Jason Robert Finkelstein**
Cole Schotz P.C.
1325 Avenue of the Americas
New York, NY 10019
212-752-8000
Email: jfinkelstein@coleschotz.com

**Brian L. Gardner**
Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019
212-752-8000
Email: bgardner@coleschotz.com

Granted. The Stipulation is due 7/1/25.

So Ordered.
[signature]
6/24/25