UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FREDDY DE JESUS SANCHEZ, FRANCISCO GONZALEZ CARDENAS, SAMUEL MARTINEZ, ANTONIO CUEVAS MAURICIO, NORBERTO GARCIA LUCIO, CRUZ LEYVA JOVENCIO, PASCUAL CHAVEZ DELA ROSA, ANGEL SEBASTIAN EUSEBIO and ANGEL MARCELINO DIONICIO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>COSAN CONSTRUCTION CORP., AMCG INC. and TERENCE FERGUSON and AARON KING, as individuals,<br><br>Defendants. | CIVIL ACTION NO: 22-CV-8420<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFFS NORBERTO GARCIA LUCIO'S AND ANGEL MARCELINO DIONICIO'S CLAIMS AGAINST DEFENDANTS |

IT IS HEREBY STIPULATED AND ORDERED that all claims asserted herein by Plaintiffs Norberto Garcia Lucio and Angel Marcelino Dionicio in the above-captioned action are hereby dismissed with prejudice as against all Defendants and with no award of attorneys' fees or costs by the Court to any party.

Helen F. Dalton & Associates, P.C.
80-02 Kew Gardens Road, Suite 601
Kew Gardens, NY 11415

By: _____
Katelyn Schillaci, Esq.
katelyn@helendalton.com
Attorney for Plaintiffs

Cole Schotz P.C.
25 Main Street
Hackensack, NJ 07601

By: _____
Jason Finkelstein, Esq.
jfinkelstein@coleschotz.com
Attorney for Defendants

So Ordered.
_____
7/17/25