**HELEN F. DALTON & ASSOCIATES, P.C.**
ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
T. (718) 263-9591 | F. (718) 263-9598

September 21, 2026

Via ECF:
Honorable Kenneth M. Karas, U.S.M.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re: *Sanchez et al v. Cosan Construction Corp. et al*
Docket No.: 7:22-cv-08420-KMK

Dear Judge Karas:

Our office represents Plaintiffs in the above-referenced FLSA matter, and we submit this letter motion to respectfully request an additional week to file a stipulation of dismissal in this matter. The reason for this request is that our office was closed today for the holiday of Yom Kippour and we need additional time to coordinate with counsel for Defendants to file a stipulation of dismissal. In light of this, Plaintiff respectfully requests until September 28, 2026, to file a stipulation of dismissal.

We thank the Court for its kind consideration in this matter and remain available to provide any additional information.

Respectfully submitted,

*/s/KatelynSchillaci*
Katelyn Schillaci, Esq.

Granted until 9/25/26, but there will be no more such extensions.

So Ordered.

9/21/26

CC (via ECF):
**Jason Robert Finkelstein**
Cole Schotz P.C.
1325 Avenue of the Americas
New York, NY 10019
212-752-8000
Email: jfinkelstein@coleschotz.com

**Brian L. Gardner**
Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019
212-752-8000
Email: bgardner@coleschotz.com